UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED

2015 AUG 17 P 12: 32

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____DEPT

William Lobertini     )
# 00419311            )
_____)
(Enter above the NAME of the
plaintiff in this action.)     )

v.                    )

Campbell Co. Jail     )

Rep. Eric Jones       )

SGT. Smith, LT. Comber )
(Enter above the NAME of each
defendant in this action.)    )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: _____

         

         Defendants: _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: <u>Campbell Co. Jail</u>

　A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

　B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

　C. If your answer is YES,

　　1. What steps did you take? <u>I have filed several Grievance forms & requested to speak to Administration</u>

　　2. What was the result? <u>I have not had any response to my grievance or Able to speak to anyone.</u>

　D. If your answer to B is NO, explain why not. _____

　E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (X) NO ( )

　F. If your answer is YES,

　　1. What steps did you take? <u>I have sent letters to Sgt. Smith, LT. Comber</u>

2

2. What was the result? I was sent two pieces of correspondance I've included.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: William Lobertini #00419311

Present address: Campbell Co. Jail P.O. box 22 Jacksboro TN, 37757

Permanent home address: 409 N 4th ST Lafollette TN 37766

Address of nearest relative: 409 N 4th ST Lafollette TN 37766

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Rep. Eric Jones Campbell Co. Jail

Official position: Captain

Place of employment: Campbell Co. Jail

C. Additional defendants: Sgt. Smith, Lt. Comber

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

All the occurances are ongoing and have been so since my intake of 5-21-15 to present.

3

1. I was sent from this facility to a mental health instatute to be stablized and imediatly denied a non-narcotic medication I've been on for 8yrs incarserated upon my return. (triHexyphenIDyl 2mg)
2. Mail is givin sometimes once a week and I'm not able to seal mail I'm sending out when I am conversing with family about medical & court proceedings.
3. My food is serverd to me by co's that are dipping snuff at the time and proper hair netting is not worn.
4. I dont have access to treatment that could extend my life such as InterPheron for Hep-c.
5. There is no theriptist on full time here for Level II Psychiatric patients such as myself.
6. Food is serverd below state stadard. temp.

As a state inmate I am being housed in sub-standard conditions pertaining to my mental health, medical, diatary, and my housing then I would in a tdoc facility. I am suffering to pay for this new facility

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Ship myself And other TDOC inmates to A TDOC facility for proper processing And Adress The infractions in this case for future inmates held in this facility

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  5th  day of  AUG , 20 15.

*william Lobertini*
Signature of plaintiff(s)

5

William Lobertini K13: TDOC contacts us with the number of people they want. We do not contact them.

SGT. Smith

William Lobertini K13: I forwarded your letter to LT. Comer
SGT. Smith



William Lobertini #00419311
Campbell Co. Jail
P.O. Box 82
Jacksboro, TN 37757

(Letter 1 of 2)

United States District Court
300 Market St. Suite 130
Knoxville, TN 37902

RECEIVED AUG 17 2015
District Court
Eastern District of Tennessee
At Knoxville

Writer is an Inmate at Campbell County Jail.